**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-03116-WYD-CBS

Larry Braden,

    Plaintiff/Movant,

Medicredit, Inc.,

    Defendant.

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Medicredit, Inc. with prejudice and without costs to any party.

| Larry Braden | Medicredit, Inc. |
|---|---|
| ___*/s/ Jenny DeFrancisco*___ | /s/ *Scott J. Dickenson* |
| Jenny DeFrancisco, Esq. | Scott J. Dickenson |
| Lemberg Law, LLC | LATHROP & GAGE LLP |
| 1100 Summer Street, Third Floor | 7701 Forsyth Blvd., Suite 500 |
| Stamford, CT 06905 | St. Louis, MO 63105 |
| Telephone: (203) 653-2250 | Telephone: (314) 613-2800 |
| jdefrancisco@lemberglaw.com | Facsimile: (314) 613-2801 |
| Attorneys for Plaintiff | Attorney for Defendant |

_____

SO ORDERED

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 13, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF), which gave notice of such filing to the following:

Scott J. Dickenson
LATHROP & GAGE LLP
7701 Forsyth Blvd., Suite 500
St. Louis, MO 63105

                                        By */s/ Jenny DeFrancisco*
                                             Jenny DeFrancisco, Esq.